| | | | |
|---|---|---|---|
| Com. v. Hart | 381 EDA 2016 Affirmed, Vacated and Remanded | 01/24/2017 | CP–51–CR–0013669– 2013 (Philadelphia) |
| Com. v. Ohm | 922 EDA 2016 Reversed and Remanded | 01/24/2017 | CP–48–CR–0002021– 2015 (Northampton) |
| Com. v. Reis | 1293 EDA 2016 Affirmed | 01/24/2017 | CP–39–CR–0000712– 2010 CP–39–CR–0000713– 2010 (Lehigh) |
| In the Interest of S.K.; Appeal of S.K. | 1599 EDA 2016 Affirmed | 01/24/2017 | 0017–2015 (Delaware) |
| Com. v. Lewis | 2308 EDA 2016 Affirmed | 01/24/2017 | CP–15–CR–0003255– 2011 (Chester) |
| Com. v. Adames | 2006 MDA 2015 Affirmed | 01/24/2017 | CP–06–CR–0001617– 2004 (Berks) |
| Com. v. Hinton | 356 MDA 2016 Affirmed | 01/24/2017 | CP–21–CR–0003678– 2014 (Cumberland) |
| Gudalefsky v. Nipple | 442 MDA 2016 Affirmed | 01/24/2017 | 2013–CV–10101–MM (Dauphin) |
| Dennis v. Palman | 467 MDA 2016 Affirmed | 01/24/2017 | 2014–SU–000667–04 (York) |
| Com. v. Astles | 651 MDA 2016 Affirmed | 01/24/2017 | CP–40–CR–0000965– 2015 (Luzerne) |
| Com. v. Sampsell | 1010 MDA 2016 Affirmed | 01/24/2017 | CP–60–CR–0000166– 2010 CP–60–CR–0000178– 2009 (Union) |
| Com. v. Harris | 91 WDA 2015 Affirmed | 01/24/2017 | CP–02–CR–0011219– 2009 CP–02–CR–0012807– 2009 (Allegheny) |
| Com. v. Carter | 33 WDA 2016 Affirmed | 01/24/2017 | CP–04–CR–0000077– 2012 (Beaver) |
| Com. v. Carter | 34 WDA 2016 Quashed | 01/24/2017 | CP–04–CR–0000077– 2012 (Beaver) |
| Com. v. Cramer | 432 WDA 2016 Vacated, Affirmed and Remanded | 01/24/2017 | CP–03–CR–0000601– 2014 (Armstrong) |
| Com. v. Myers | 500 WDA 2016 Appeal dismissed | 01/24/2017 | CP–26–CR–0000328– 2016 (Fayette) |